## Chris LA BARBA v. STATE.
### No. 17403.

Court of Criminal Appeals of Texas.
Jan. 16, 1935.

E. H. Grindstaff, of Weatherford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the transportation of material for the manufacture of intoxicating liquor; punishment assessed at confinement in the penitentiary for one year.

Appellant has filed his affidavit in this court advising that he does not desire to further prosecute the appeal, and at his request the same is dismissed.

## Albert LEWIS and Louis Moss v. STATE.
### No. 17162.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Elmer Ware Stahl and A. Robert Sohn, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for a simple assault; the punishment being assessed at a fine of $5 against each appellant.

No statement of facts is brought forward. It is impossible to appraise the two bills of exception found in the record without being apprised of the facts. Without intending to concede that the bills reflect error, we observe that it frequently happens during the trial of a case that error is committed, yet it would not be held such as to demand a reversal in the light of the entire record.

The judgment is affirmed.

## Sonnie MOSELY, alias Frank Mosely, v. STATE.
### No. 17133.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Jim Guthrie, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is willfully damaging a railroad; the punishment, confinement in the penitentiary for seven years.

The record is before us without a statement of facts or bills of exception. We are unable to appraise the exceptions to the court's charge in the absence of a statement of facts.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.